IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| HOUSTON JAMES KIRKALDIE | Violations:  21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), and 846; and, 18 U.S.C. § 2 |

COUNT ONE

**Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine
(500 grams or more – mixture; 50 grams or more – actual)**

The Grand Jury Charges:

Beginning sometime in or after March 2017 and continuing until August 2018, in the District of North Dakota, and elsewhere,

HOUSTON JAMES KIRKALDIE

knowingly and intentionally combined, conspired, confederated, and agreed together and with others, both known and unknown to the grand jury, to distribute and possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1. It was a part of said conspiracy that the defendant and others would and did distribute and possess with intent to distribute methamphetamine, a Schedule II controlled substance, in the District of North Dakota, and elsewhere;

2. It was further a part of said conspiracy that the defendant and others would and did attempt to conceal their activities;

3. It was further a part of said conspiracy that the defendant and others would and did use United States currency in their drug transactions;

4. It was further a part of said conspiracy that the defendant and others would and did use telecommunication facilities, including cellular telephones, to facilitate the distribution of methamphetamine;

5. It was further a part of said conspiracy that one or more conspirators traveled between North Dakota and other states to obtain methamphetamine for distribution;

6. It was further a part of said conspiracy that the defendant would trade personal property to other conspirators for methamphetamine; and,

7. It was further a part of said conspiracy that one or more conspirators collected money owed to other conspirators from individuals to whom methamphetamine had been distributed;

In violation of Title 21, United States Code, Section 846; <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

## COUNT TWO

**Possession of Methamphetamine with Intent to Distribute
(50 grams or more – actual)**

The Grand Jury Further Charges:

On or about August 21, 2018, in the District of North Dakota,

HOUSTON JAMES KIRKALDIE,

individually and by aiding and abetting, knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT THREE

### Distribution of Methamphetamine

The Grand Jury Further Charges:

From in or after March 2017 and continuing until in or about August 2018, in the District of North Dakota,

HOUSTON JAMES KIRKALDIE,

individually and by aiding and abetting, knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson

/s/ Christopher C. Myers
CHRISTOPHER C. MYERS
United States Attorney

RLV/tmg