IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| United States of America, | |
|---|---|
| Plaintiffs, | **MOTION FOR FURLOUGH TO UNDERGO DRUG AND ALCOHOL EVALUATION AT CIRCLE OF LIFE CENTER** |
| vs. | |
| Houston Kirkaldie, | Case No.: 1:18-cr-00199-DLH-1 |
| Defendant. | |

Defendant Houston Kirkaldie, by and through his attorney of record, Jeff A. Bredahl, Bredahl & Associates, P.C., 3431 4th Avenue South, Suite 200, Fargo North Dakota 58103, moves this Honorable Court for a Furlough allowing Defendant Houston Kirkaldie, be temporarily released from custody at the Heart of America Correctional and Treatment Center in Rugby, North Dakota for the purpose of undergoing a Drug and Alcohol Evaluation at Circle of Life Center, 304 7th St., New Town, North Dakota 58763. Defendant Houston Kirkaldie has been instructed to report to Circle of Life Center at 3:00p.m. on March 5, 2019. Defendant Houston Kirkaldie will be picked up by Ferrin Wells, a Peer Support Advocate for MHA Nation, at approximately 12:00pm from the Heart of America Correctional and Treatment Center and driven to the Circle of Life Center for Drug and Alcohol Evaluation. A complete evaluation at Circle of Life Center takes between two and

four hours. Defendant Houston Kirkaldie will be driven back to the Heart of America Correctional and Treatment Center by Ferrin Wells. The trip from New Town to Rugby is about three hours each way.

Following Defendant Houston Kirkaldie's evaluation, the facility will be "staffed" with counselors and peer support advocates to determine the level of treatment for Defendant Houston Kirkaldie. Based upon Defendant Houston Kirkaldie's drug and alcohol history, it is anticipated that Defendant Houston Kirkaldie will be referred to Parshall Resource Center, 104 Main St., Parshall, North Dakota 58770, for in-patient treatment.

In addition, Houston Kirkaldie will sign two separate Authorizations for Release of Information, releasing results of the Drug and Alcohol Evaluation to his attorney Jeff A. Bredahl, and the other to North Dakota Federal Pretrial Services. Defendant's counsel will provide contact information to North Dakota Federal Pretrial Services for Ferrin Wells upon request.

Dated this 26th day of February, 2019.

Respectfully submitted,

BREDAHL & ASSOCIATES, P.C.

Nicole L. Bredahl, ND ID#08467
3431 4th Avenue South, Suite 200
Fargo, North Dakota 58103
Tele: (701) 298-9363
Fax: (701) 298-9362
Email: office@ndjustice.com
ATTORNEYS FOR DEFENDANT