# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Houston Kirkaldie,<br><br>　　　　　　　Defendant. | **MOTION FOR FURLOUGH TO UNDERGO TREATMENT AT PARSHALL RESOURCE CENTER**<br><br>Case No.: 1:18-cr-00199-DLH-1 |

Defendant Houston Kirkaldie, by and through his attorney of record, Jeff A. Bredahl, Bredahl & Associates, P.C., 3431 4th Avenue South, Suite 200, Fargo North Dakota 58103, moves this Honorable Court for a Furlough allowing Defendant Houston Kirkaldie, be temporarily released from custody at the McLean County Jail in Washburn, North Dakota for the purpose of undergoing Substance Abuse Residential Treatment at Parshall Resource Center in Parshall, North Dakota. Defendant Houston Kirkaldie would be in the inpatient residential program at the treatment center. Also, Defendant, Houston Kirkaldie would still be subject to the terms deemed necessary by the pretrial service office.

Parshall Resource Center has a bed available for Houston to start treatment on Monday, June 24, 2019. Attached as **Exhibit A** is the acceptance letter from Parshall Resource Center for Defendant Houston Kirkaldie to start inpatient residential

treatment there. He would be transported to the Parshall Resource Center in Parshall, North Dakota for inpatient residential treatment by Tiffany Dickens from the McLean County Jail in Washburn, North Dakota.

In addition, Defendant, Houston Kirkaldie will sign two separate Authorizations for Release of Information, releasing the records for treatment to his attorney Jeff A. Bredahl, and the other to North Dakota Federal Pretrial Services. Defendant's counsel will provide contact information to North Dakota Federal Pretrial Services for Tiffany Dickens upon request.

Dated this 19th day of June, 2019.

Respectfully submitted,

BREDAHL & ASSOCIATES, P.C.

Jeff A. Bredahl, ND ID#04717
3431 4th Avenue South, Suite 200
Fargo, North Dakota 58103
Tele: (701) 298-9363
Fax: (701) 298-9362
Email: office@ndjustice.com
ATTORNEYS FOR DEFENDANT