

**Parshall Resource Center**

Empowerment through Wellbriety
Wellbriety through Empowerment

104 South Main Street
PO Box 429
Parshall, ND 58770

Phone 701-862-3682
Fax 701-862-3401
e-mail: prc@restel.net

June 18th, 2019

To Whom It May Concern;

Re: Houston Kirkaldie,

    This letter is a written notification/verification concerning Houston Kirkaldie. Please be advised that he has been accepted into the Parshall Resource Center 3.1 Residential Treatment Program. He can start on Monday June 24th, 2019. The residential part is for 6 weeks, and during that time he will have to reside here at the Center. If you have any questions please feel free to call us at 701-862-3682. Thank You for your time in this matter.

Francis Old Rock Jr.
Executive Director PRC

Exhibit A