PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### AMENDED Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision:  Houston James Kirkaldie   Case Number:   0868 1:18CR00199

Name of Sentencing Judicial Officer:   Daniel L. Hovland, Senior U.S. District Court Judge

Date of Original Sentence:  October 7, 2019

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine |
| Original Sentence: | 66 months imprisonment followed by 5 years supervised release |

Type of Supervision: TSR          Date Supervision Commenced: 11/18/2022

Asst. U.S. Attorney: Rick L. Volk          Defense Attorney: Scott Rose

---

### PETITIONING THE COURT

☐  To issue a warrant

☐  To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | Standard Condition #2: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. **Mr. Kirkaldie failed to check in with his probation officer as instructed since the commencement of his supervised release and his current whereabouts are unknown.** |
| 2. | Mandatory Condition #2: You must not unlawfully possess a controlled substance. **On or about January 4, 2023, Mr. Kirkaldie was found to be in possession of approximately 1.3 grams of methamphetamine by the MHA Drug Enforcement.** |

PROB 12C
(Rev. 2/13)
Kirkaldie, Houston
0868 1:18CR00199

U.S. Probation Officer Recommendation: The petition has been amended to add violation #2. Defendant is currently in custody on the matter and no further court action is requested at this time.

☒ The term of supervision should be:

☒ Revoked.

☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2023

/s/ Tara Moszer
U.S. Probation Officer

THE COURT ORDERS:

☑ No Action.

☐ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

23 Jan 2023
Date