UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Criminal No. 1:18-CR-199 |
| vs. | ) ) | **MOTION TO RECONSIDER DETENTION ORDER** |
| HOUSTON KIRKALDIE, | ) ) ) | |
| Defendant. | ) | |

The Defendant, Houston Kirkaldie, moves the Court for an order releasing him so that he may move into MHA Sober Living Housing in Bismarck, North Dakota.

Since his detention hearing he has been accepted into the MHA Dober Living Housing. *See* Exhibit 1. Kirkaldie understands the requirements, expectations, and obligations of participating in the program. If released, he agrees to comply with whatever conditions the Court requests. He also agreed to abide by the program's rules and regulations.

Mr. Kirkaldie is detained at the McLean County Detention Center, Washburn, North Dakota. An employee of MHA will transport Kirkaldie from the jail to the sober living home. Kirkaldie will be required to participate in Intensive Outpatient Treatment and attend weekly AA and NA Meeting which he is at MHA Sober Living Housing. A bed is currently available for Mr. Kirkaldie as soon as he is released.

Therefore, Kirkaldie requests the Court issue an order releasing him from custody as soon as possible so that he may reside at the MHA Sober Living Home.

Dated this 24th day of January, 2023.

        Respectfully submitted,

        JASON J. TUPMAN
        Federal Public Defender
        By:

        */s/ Scott Rose*
        Scott Rose
        Assistant Federal Public Defender
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        100 West Broadway Ave, Suite 230
        Bismarck, ND 58501
        Telephone: 701-250-4500 Facsimile: 701-250-4498
        filinguser_SDND@fd.org