# **MHA Sober Living**
# **Good Road Recovery Center**



595 North 9th Street Bismarck, ND  58501 Phone: 701-751-2887 Fax: 701-751-0882

January 20th, 2023

To Whom It May Concern:

Mr. Houston Kirkaldie (DOB:      ) has been accepted into MHA Sober Living housing.
Mr. Kirkaldie will be residing at Short Bull Lodge located at 6413 Whitney Court Bismarck,
North Dakota. He has a bed available as soon as he is released. Transportation will be provided,
if needed.

Houston will be required to participate in Intensive Outpatient services at Good Road Recovery
Center. Mr. Kirkaldie is also expected to attend weekly AA and NA meetings. The length of stay
will be determined by Mr. Kirkaldie's progress and willingness to maintain success in his
recovery.

Sincerely,

Tracie E. Packineau
Intake Coordinator
MHA Sober Living
525 North 9th Street
Bismarck, North Dakota 58501
701-751-8320

This transmission is intended only for the use of the individual to whom it is addressed and may contain information
that is made confidential by law. If you are not the intended recipient, you are hereby notified any dissemination,
distribution, or copying of this communication is strictly prohibited. If you have received this communication in
error, please respond immediately to the sender and then destroy the original transmission as well as any electronic
or printed copies. This notice accompanies a disclosure of information concerning a client in alcohol or drug
treatment, made to you with the consent of such a client. This information has been disclosed to you from records
protected by Federal confidentiality rules (42 C.F.R Part 2).  The Federal rules prohibit you from making any further
disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to
whom it pertains or as otherwise permitted by 42 C.F.R. Part 2.  A general authorization for the release of medical or
other information is NOT sufficient for this purpose.  The Federal rules restrict any use of the information to
criminally investigate or prosecute any alcohol or drug abuse patient.

Exhibit 1